Name and address:
JEFFREY N. POMERANTZ (SBN 143717); DARYL G. PARKER (SBN 47048); PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., #1300, Los Angeles, CA 90067
Telephone: (310) 277-6910; Fax: (310) 201-0760
Email: jpomerantz@pszjlaw.com; dparker@pszjlaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TALAR KEVORKIAN, an individual<br><br>Plaintiff(s),<br><br>v.<br><br>THE SPORTS MALL, LLC, a Florida limited liability company, and DOES 1 through 10, inclusive,<br><br>Defendant(s). | CASE NUMBER<br><br>2:21-CV-02747-DMG (MRWx)<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE<br>*PRO HAC VICE* |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. ELECTRONIC SIGNATURES ARE NOT ACCEPTED. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. Out-of-state federal government attorneys are not required to pay the $500 fee. (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Timmerman, John T.
_____  check here if federal government attorney ☐
*Applicant's Name (Last Name, First Name & Middle Initial)*

Shumaker, Loop & Kendrick, LLP
_____
*Firm/Agency Name*

| 101 E. Kennedy Boulevard | 813-229-7600 | 813-229-1660 |
|---|---|---|
| Suite 2800 | *Telephone Number* | *Fax Number* |
| *Street Address* | | |
| Tampa, FL 33602 | ttimmerman@shumaker.com | |
| *City, State, Zip Code* | *E-mail Address* | |

I have been retained to represent the following parties:

The Sports Mall, LLC            ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____

                                ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| Florida Bar | 1992 | Yes |
| U.S. District Court, Middle District of FL | 1992 | Yes |
| U.S. Court of Appeals, Tenth Circuit | 2004 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| *Case Number* | *Title of Action* | *Date of Application* | *Granted / Denied?* |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated 7/28/21

J. Todd Timmerman
*Applicant's Name (please type or print)*

*Applicant's Signature*

SECTION III - **DESIGNATION OF LOCAL COUNSEL**

Pomerantz, Jeffrey N. / Parker, Daryl G.
*Designee's Name (Last Name, First Name & Middle Initial)*

PACHULSKI STANG ZIEHL & JONES LLP
*Firm/Agency Name*

10100 Santa Monica Blvd.

13th Floor
*Street Address*

Los Angeles, CA 90067-4003
*City, State, Zip Code*

310-277-6910
*Telephone Number*

310-201-0760
*Fax Number*

jpomerantz@pszjlaw.com; dparker@pszjlaw.com
*Email Address*

143717 / 47048
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated August 3, 2021

Daryl G. Parker
*Designee's Name (please type or print)*

*Designee's Signature*

SECTION IV - **SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)**

| Name of Court | Active Member in Good Standing |
| --- | --- |
| U.S. Court of Appeals, Federal Circuit, Admitted 2010 | Yes |
| U.S. District Court Southern District of FL, Admitted 2012 | Yes |
| U.S. Court of Appeals, 11th Circuit, Admitted 2004 | Yes |
| U.S. District Court, Eastern District of Michigan | Yes |

# Supreme Court of Florida

## Certificate of Good Standing

I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that

### JOHN TODD TIMMERMAN

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on SEPTEMBER 28, 1992, is presently in good standing, and that the private and professional character of the attorney appear to be good.



WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this AUGUST 2, 2021.

_____
Clerk of the Supreme Court of Florida



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida    )

County of Leon    )    In Re:  0956058
John Todd Timmerman
Shumaker, Loop & Kendrick, LLP
PO Box 172609
Tampa, FL 33672-0609

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **September 28, 1992**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this <u>30th</u> day of **July**, **2021**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-145271

JEFFREY N. POMERANTZ (SBN 143717)
DARYL G. PARKER (SBN 47048)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., #1300
Los Angeles, CA  90067
Telephone:  310-277-6910; Fax:  310-201-0760
Email: jpomerantz@pszjlaw.com; dparker@pszjlaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| TALAR KEVORKIAN, an individual,<br><br>　　　　　　　　　　　　　　Plaintiff(s)<br>　　　v.<br><br>THE SPORTS MALL, LLC, a Florida limited liability company, and DOES 1 through 10, inclusive,<br><br>　　　　　　　　　　　　　　Defendant(s). | CASE NUMBER<br><br>2:21-CV-20747-DMG (MRWx)<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
|---|---|

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

| Timmerman, John T. | of | Shumaker, Loop & Kendrick, LLP |
|---|---|---|
| *Applicant's Name (Last Name, First Name & Middle Initial* | | 101 E. Kennedy Boulevard |
| 813-229-7600　　　　　　　813-229-1660 | | Suite 2800 |
| *Telephone Number　　　　　　Fax Number* | | Tampa, FL  33602 |
| ttimmerman@shumaker.com | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

**for permission to appear and participate in this case on behalf of**

THE SPORTS MALL, LLC

*Name(s) of Party(ies) Represent*　　☐ *Plaintiff(s)*　☒ *Defendant(s)*　☐ *Other:* _____

**and designating as Local Counsel**

| Pomerantz, Jeffrey N. / Parker, Daryl G. | of | Pachulski Stang Ziehl & Jones LLP |
|---|---|---|
| *Designee's Name (Last Name, First Name & Middle Initial)* | | 10100 Santa Monica Boulevard |
| 143717 / 47048　　　310.277-6910　　　310-201-0760 | | Suite 1300 |
| *Designee's Cal. Bar No.　Telephone Number　Fax Number* | | Los Angeles, CA  90067 |
| jpomerantz@pszjlaw.com / dparker@pszjlaw.com | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:　　☐ for failure to pay the required fee.

　　　　　　　☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

　　　　　　　☐ for failure to complete Application: _____

　　　　　　　☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

　　　　　　　☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

　　　　　　　☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:**  ☐ be refunded  ☐ not be refunded.

**Dated:** Click here to enter a date.

　　　　　　　　　　　　　　　　　　　　　　　　　　**U.S. District Judge/U.S. Magistrate Judge**

# PROOF OF SERVICE

STATE OF CALIFORNIA          )
                             )
COUNTY OF LOS ANGELES        )

    I, Nancy H. Brown, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., 13th Floor, Los Angeles, California 90067.

    On August 3, 2021, I caused to be served the **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** in this action by placing a true and correct copy of said document(s) in sealed envelopes addressed as follows:
*See Attached Service List*

☐ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.

☒ (BY NOTICE OF ELECTRONIC FILING) I caused to be served the above-described document by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, for parties and/or counsel who are registered ECF Users.

☐ (BY FAX) I caused to be transmitted the above-described document by facsimile machine to the fax number(s) as shown. The transmission was reported as complete and without error. (Service by Facsimile Transmission to those parties on the attached List with fax numbers indicated.)

☐ (BY PERSONAL SERVICE) By causing to be delivered by hand as follows:

☐ (BY OVERNIGHT DELIVERY) By sending by          to the addressee(s) as indicated on the attached list.

    I declare that I am employed in the office of a member of the bar of this Court at whose direction was made.

    Executed on August 3, 2021, at Los Angeles, California.

                                              */s/ Nancy H. Brown*
                                              Nancy H. Brown

# SERVICE LIST

**2:21-CV 02747 DMG (MRWx) - Notice has been electronically mailed to:**

- **Steven M Berman**
sberman@shumaker.com,ttimmerman@shumaker.com,mrichter@shumaker.com,ldyer@shumaker.com,sberman@slk-law.com

- **Talin V Yacoubian**
talin@yplawfirm.net,talin@yacoubianlaw.com